| | |
|---|---|
| 1 | Kelsey C. Davidson (State Bar No. 322323) |
| | kelseydavidson@jonesday.com |
| 2 | JONES DAY |
| | 555 California Street, 26th Floor |
| 3 | San Francisco, CA  94104 |
| | Telephone:   +1.415.626.3939 |
| 4 | Facsimile:    +1.415.875.5700 |

Attorneys for Plaintiff
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **DARRYL A. SCOTT, JR.,** | **Case No. 4:19-cv-04292-HSG** |
| **Plaintiff,** | Assigned to: Hon. Haywood S. Gilliam |
| v. | **JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| **I.C. SYSTEM, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, and DOES 1 THROUGH 20, INCLUSIVE,** | |
| **Defendants.** | |

On July 26, 2019, Plaintiff Darryl A. Scott, Jr. ("Scott"), filed an action in the United States District Court, Northern District of California.  Scott's Complaint was served on Defendant Experian Information Solutions, Inc. ("Experian") on July 31, 2019.

In accordance with Local Rule 6-1(a), Scott and Experian have agreed to an extension for Experian to answer or otherwise respond to the Complaint to August 28, 2019.

Accordingly, IT IS HEREBY STIPULATED by and between Scott and Experian, that the deadline for Experian to answer or otherwise respond to the Complaint is extended until August 28, 2019.

Dated: August 20, 2019      /s/ Kelsey C. Davidson
                            ────────────────────────
                            Kelsey C. Davidson (SBN 322323)
                            JONES DAY
                            555 California Street, 26th Floor
                            San Francisco, CA 94104
                            Tele.: (415) 626-3939
                            Fax:   (415) 875-5700

                            Attorneys for Defendant
                            EXPERIAN INFORMATION SOLUTIONS,
                            INC.


Dated: August 20, 2019      /s/ Lauren B. Veggian
                            ────────────────────────
                            Lauren B. Veggian (SBN 309929)
                            The Cardoza Law Corporation
                            548 Market St., #80594
                            San Francisco, CA 94101
                            Tele.: (415) 488-8041
                            Fax:   (415) 651-9700

                            Attorneys for Plaintiff
                            DARRYL A. SCOTT, JR.

## **GENERAL ORDER 45 CERTIFICATION**

I, Kelsey Davidson, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed this 20th day of August, 2019, at San Francisco, California.


                             /s/ Kelsey C. Davidson
                            ────────────────────────
                            Kelsey C. Davidson (SBN 322323)
                            JONES DAY
                            555 California Street, 26th Floor
                            San Francisco, CA 94104
                            Tele.: (415) 626-3939
                            Fax:   (415) 875-5700

                            Attorneys for Defendant
                            EXPERIAN INFORMATION SOLUTIONS,
                            INC.

Pursuant to the joint stipulation by the parties for and extension of time for Defendant Experian Information Solutions, Inc. to answer the Complaint, IT IS SO ORDERED.

Dated: 8/21/2019

The Honorable Haywood S. Gilliam, Jr.
Judge, United States District Court