YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL A. SCOTT, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>I.C. SYSTEM, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, and DOES 1 THROUGH 20,<br><br>　　　　Defendants. | Case No.: 4:19-cv-04292<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Date:　October 29, 2019<br>Time:　2:00 p.m.<br>Room:　2<br><br><br>Honorable Haywood S. Gilliam, Jr. |

Having considered Defendant I.C. System, Inc. ("ICS")'s Request for Telephonic Appearance at the October 29, 2019 Case Management Conference, and for good cause shown:

The Court hereby grants ICS's Request for Telephonic Appearance at the October 29, 2019 Case Management Conference. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

DATED: 9/23/2019

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE