Debra A. Miller, Esq. (IN #27254-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: dmiller@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: 415-398-0200
Fax: 415-398-2820
E-Mail: dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| DARRYL A. SCOTT, JR.<br>  Plaintiff,<br><br>vs.<br><br>I.C. SYSTEMS, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC, and DOES 1 THROUGH 20, INCLUSIVE,<br>  Defendants. | CASE NO. 4:19-cv-04292-HSG<br><br>**ORDER GRANTING DEFENDANT TRANS UNION, LLC'S MOTION FOR LEAVE OF COURT FOR LEAD COUNSEL TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>**Date: November 5, 2019**<br>**Time: 2:00 p.m.**<br>**Courtroom 2, 4th Floor** |

This cause is before the Court on Defendant Trans Union, LLC's ("Trans Union's") Motion For Leave Of Court For Lead Counsel To Participate In Case Management Conference By Telephone (the "Motion"). The Court, being duly advised, finds cause to allow such participation and hereby GRANTS said Motion.

Lead counsel for Trans Union may participate by telephone in the Case Management Conference scheduled for November 5, 2019, at 2:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED this ___3rd___ day of ___October___, 2019.

*Haywood S. Gill, Jr.*
_____
Judge, U.S. District Court, Northern District of California