YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARRYL A. SCOTT, JR.,

    Plaintiff,

v.

I.C. SYSTEM, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, and DOES 1 THROUGH 20,

    Defendants.

Case No.: 4:19-cv-04292-HSG

**ORDER GRANTING DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**

**Date:** November 5, 2019
**Time:** 2:00 p.m.
**Room:** 2

Honorable Haywood S. Gilliam, Jr.

– 1 –
ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE

Having considered Defendant I.C. System, Inc. ("ICS")'s Request for Telephonic Appearance at the November 5, 2019 Case Management Conference, and for good cause shown:

The Court hereby grants ICS's Request for Telephonic Appearance at the November 5, 2019 Case Management Conference. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

DATED: 10/15/2019

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE