# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRYL A. SCOTT, JR.** <br><br> Plaintiff, <br><br> v. <br><br> **I.C. SYSTEM, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, AND DOES 1 THROUGH 20, INCLUSIVE;** <br><br> Defendants. | **Case Number:** 4:19-cv-04292-HSG <br><br> **ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** <br><br> **Date: November 5, 2019** <br> **Time: 2:00 p.m.** <br> **Courtroom: 2** <br><br> *HON. JUDGE HAYWOOD S. GILLIAM, JR.* |

**ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**

1       Based upon the Plaintiff's request, and good cause, this Court hereby issues

2 the following Order:

3       X    Plaintiff's request to appear by telephone for the case management

4

5 conference currently scheduled for November 5, 2019 at 2:00 p.m. in

6 Courtroom 2, is hereby GRANTED.   Counsel shall contact CourtCall at

7 (866) 582-6878 to make arrangements for the telephonic appearance.

8

9

10

11

12

**IT IS SO ORDERED.**

13

14

*Haywood S. Gilliam Jr.*

15

HON. JUDGE HAYWOOD S. GILLIAM, JR.

16

17

Dated:  10/23/2019

18

19

20

21

22

23

24

25

26

27

28