1  Kelsey C. Davidson (State Bar No. 322323)
   kelseydavidson@jonesday.com
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone:  +1.415.626.3939
4  Facsimile:  +1.415.875.5700

5
   Attorneys for Defendant
6  EXPERIAN INFORMATION SOLUTIONS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

| 12 | **DARRYL A. SCOTT, JR.,** | **Case No. 4:19-cv-04292-HSG** |
|---|---|---|
| 13 | Plaintiff, | Assigned to: Hon. Haywood S. Gilliam Jr. |
| 14 | v. | **EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE; ORDER** |
| 15 | **I.C. SYSTEM, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, and DOES 1 THROUGH 20, INCLUSIVE,** | |
| 16 | | |
| 17 | Defendants. | Date:  November 5, 2019<br>Time:  2:00 p.m.<br>Courtroom 2, 4th Floor |
| 18 | | |

19

20    Pursuant to Local Rule 16-10, Defendant Experian Information Solutions, Inc.

21 ("Experian") respectfully requests to participate in the Case Management Conference on

22 November 5, 2019 at 2:00 p.m. by telephone.

23    The telephonic appearance of Experian's counsel will not prejudice any party and will not

24 hamper the efficient running of the Case Management Conference.  Experian assures the Court

25 that lead counsel can and will meaningfully participate by telephone.

26    Therefore, Experian respectfully requests that the Court grant Experian leave to appear

27 telephonically at the November 5, 2019 Case Management Conference.

28                                                      **Case No. 4:19-cv-04292-HSG**

**EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO APPEAR
TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**

Dated: October 23, 2019			Respectfully submitted,

			*/s/ Kelsey C. Davidson*
			Kelsey C. Davidson (SBN 322323)
			JONES DAY
			555 California Street, 26th Floor
			San Francisco, CA 94104
			Tele.:	(415) 626-3939
			Fax:	(415) 875-5700

			Attorneys for Defendant
			EXPERIAN INFORMATION SOLUTIONS, INC.

ORDER

DATED: 10/24/2019

DENIED

Haywood S. Gilliam Jr.
Judge Haywood S. Gilliam Jr.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 4:19-cv-04292-HSG

**EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**