UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL A. SCOTT, JR.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>I.C. SYSTEM, INC., et al.,<br><br>　　　　Defendants. | Case No. 19-cv-04292-HSG<br><br>**CONDITIONAL ORDER OF DISMISSAL AS TO DEFENDANT EXPERIAN**<br><br>Re: Dkt. No. 49 |

The Court having been advised that Plaintiff Darryl A. Scott, Jr. and Defendant Experian Information Solutions, Inc. have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case be dismissed with prejudice as to Defendant Experian; provided, however, that if either Plaintiff or Defendant Experian hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 45 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: 11/15/2019

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge