**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St. #80594
San Francisco, CA 94104
Telephone: (415) 488-8041
Facsimile: (415) 651-9700
*Attorneys for Plaintiff*,
Darryl A. Scott, Jr.

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRYL A. SCOTT, JR.;** | Case Number: 4:19-cv-04292-HSG |
| Plaintiff, | *HON. JUDGE HAYWOOD S. GILLIAM, JR.* |
| v. | **JOINT STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. & ORDER OF DISMISSAL PURUSANT TO FRCP 41(A)** |
| **I.C. SYSTEM, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, AND DOES 1 THROUGH 20, INCLUSIVE;** | |
| Defendants. | |

///

///

///

///

Plaintiff **DARRYL A. SCOTT, JR.,** and Defendants **Experian Information Solutions, Inc.** and **I.C. System, Inc.** hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that Defendant Experian Information Solutions, Inc. only, pursuant to the settlement agreement between Plaintiff and Experian, be dismissed with prejudice as to all claims and causes of action.

DATED: December 6, 2019     **THE CARDOZA LAW CORPORATION**

BY: /S/ LAUREN B. VEGGIAN
MICHAEL F. CARDOZA, ESQ.
LAUREN B. VEGGIAN, ESQ.
ATTORNEYS FOR PLAINTIFF,
DARRYL A. SCOTT, JR.

DATED: December 6, 2019     **JONES DAY**

BY: /S/ KELSEY C. DAVIDSON, ESQ.
KELSEY C. DAVIDSON, ESQ.
ATTORNEYS FOR EXPERIAN INFORMATION SOLUTIONS, INC.

DATED: December 6, 2019     **YU | MOHANDESI LLP**

BY: /S/ BRETT B. GOODMAN, ESQ.
BRETT B. GOODMAN, ESQ.
TAMAR ELLYIN, ESQ.
ATTORNEYS FOR I.C. SYSTEM, INC.

# ATTESTATION AND CERTIFICATE OF SERVICE

I, Lauren B. Veggian, am the ECF user whose identification and password are being used to file this document and I hereby attest that all counsel whose electronic signatures appear within it provided their authority and concurrence.

I also hereby certify that on December 6, 2019, I electronically filed a true and correct copy of the foregoing Joint Stipulation of Dismissal of Defendant TransUnion, LLC & [Proposed] Order of Dismissal Pursuant to FRCP 41(a) with the Clerk of the Court for the United States District Court for the Northern District Of California using the CM/ECF system. I also certify that all participants in this case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

DATED: December 6, 2019

**THE CARDOZA LAW CORPORATION**

BY: /S/ LAUREN B. VEGGIAN
MICHAEL F. CARDOZA, ESQ.
LAUREN B. VEGGIAN, ESQ.
ATTORNEYS FOR PLAINTIFF,
DARRYL A. SCOTT, JR.

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims and causes of action.

*[signature: Haywood S. Gilliam Jr.]*

HON. JUDGE HAYWOOD S. GILLIAM, JR.
United States Judge

Dated: 12/9/2019