# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRYL A. SCOTT, JR.** <br><br> Plaintiff, <br><br> v. <br><br> **I.C. SYSTEM, INC.;** <br><br> Defendant. | **Case Number:** 4:19-cv-04292-HSG <br><br> *HON. JUDGE HAYWOOD S. GILLIAM, JR.* <br><br> **ORDER DENYING PLAINTIFF'S COUNSEL'S REQUEST FOR TELEPHONIC APPEARANCE AT THE MOTION TO WITHDRAW HEARING** <br><br> **DATE:** January 30, 2020 <br> **TIME:** 11:00 a.m. <br> **ROOM:** 2 |

Based upon Plaintiff's Counsel's request, and good cause, this Court hereby issues the following Order:

    ☐    Plaintiff's Counsel's request to appear by telephone for the Motion to Withdraw hearing currently scheduled for January 30, 2020 at 11:00 a.m. in Courtroom 2, is hereby GRANTED.

    x    Plaintiff's Counsel's request to appear by telephone for the Motion to Withdraw hearing currently scheduled for January 30, 2020 at 11:00 a.m. in Courtroom 2, is hereby DENIED.

**IT IS SO ORDERED.**

*Haywood S. Gilliam Jr.*
HON. JUDGE HAYWOOD S. GILLIAM, JR.

Dated: 1/24/2020