AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern District | District of | Californioa |

Darryl A. Scott, Jr
        Plaintiff(s),

V.

I.C. System, Inc
        Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY; ORDER**

CASE NUMBER: 19-cv-04292 HSG

Notice is hereby given that, subject to approval by the court, Darryl A. Scott, Jr substitutes
(Party(s) Name)

Mark F Anderson . State Bar No. 044787 as counsel of record in
(Name of New Attorney)

place of Michael F. Cardoza, Lauren B. Veggian and The Cardoza Law Corporation
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Mark F Anderson dba Anderson Consumer Law
Address: 1736 Stockton St, Ground FL, San Francisco, CA 94133
Telephone: (415) 651-1951  Facsimile (415) 500-8300
E-Mail (Optional): mark@andersonconsumerlaw.com

I consent to the above substitution.
Date: 1/29/2020
(Signature of Party(s))

I consent to being substituted.
Date: 1/29/2020
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 1/29/2020
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/31/2020
        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]